Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:23-cv-9256 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CASE OWNER LLC, | |
| Defendants. | |

Please take notice that the case has settled.

DATED this 19th day of December, 2023.

*/s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff