P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:23-cv-9256 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| CASE OWNER LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses the above case with prejudice. Each party to bear their own fees and costs.

RESPECTFULLY SUBMITTED this 17th day of January, 2024.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff